

## NUMBER 13-04-00618-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**9999 HOLDINGS, INC. AND GEORGE KOUMBIS,**       Appellants,

**v.**

**MAX HEATHERINGTON AND AMERICAN
TACTICAL AMMUNITION, INC.,**       Appellees.

---

On appeal from County Court at Law No. 3 of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on March 24, 2005, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8. Since the abatement there has been no activity in this appeal. On May 15, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable,

a motion to reinstate the appeal or a motion to dismiss the appeal.  The order  notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond.  Accordingly, we reinstate and dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and filed
this the 25th day of June, 2009.